Clayton L. Everett, State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for the Debtors

# United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:** | |
| **Eric John McGowan and** | Case No. 25-44229-elm |
| **Chelsea Leigh McGowan** | |
| | **Chapter 13** |
| **Debtor** | |

## DEBTOR'S RESPONSE TO TRUSTEE'S
## NOTICE OF INTENT TO CERTIFY CASE FOR DISMISSAL

Eric John McGowan and Chelsea Leigh McGowan ("Debtors") timely files this response in opposition to Trustee's *Notice of Intent to Certify Case for Dismissal* ("Notice") [Dkt. No. 28].

The Debtor responds to the Trustee's Notice of Intent to Certify for Dismissal and acknowledges that, as stated in the Notice, the pre-existing delinquency totaled $5,800.00. Since that time, the Debtor made a $2,900.00 payment on May 29, 2026, reducing the remaining arrearage to $2,900.00.

The delinquency is the result of temporary financial hardship caused by increased fuel costs and other expenses, along with a reduction in employment bonuses, due to a slowdown in the housing industry. The Debtor is actively working to cure the remaining arrearage by making a payment of $1,450.00 today, June 12, 2026, and a second payment of $1,450.00 on June 29, 2026. Based on these circumstances and the Debtor's good-faith efforts, the Debtor respectfully requests that the Trustee refrain from certifying the case for dismissal and allow the Debtor the opportunity to complete the cure.

FOR THESE REASONS, the Court should not certify this case for dismissal.

DATED: Friday, June 12, 2026.            Respectfully submitted:

By:___/s/ Clayton L. Everett_____
Clayton L. Everett | State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.; Arlington, Texas 76010
Telephone: (817)704-3984
Attorney for the Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true and correct copy of the foregoing document was served to all parties receiving notice electronically in this case via the CM/ECF system.

/s/ Clayton L. Everett
Clayton L. Everett