PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                          CASE NO.: **25-44229-ELM-13**

**ERIK JOHN MCGOWAN**
    318 W FM 1188
    STEPHENVILLE, TX 76401
    SSN/TIN: XXX-XX-5272
**CHELSEA LEIGH MCGOWAN**
    318 W FM 1188
    STEPHENVILLE, TX 76401
    SSN/TIN: XXX-XX-9424

**DEBTORS**                                 **HEARING: SEPTEMBER  3, 2026 AT 8:30 AM**

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND**
**PLAN MODIFICATION (IF REQUIRED)**

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 30 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

    If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on the date and time above in Room 204 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102 -3643 with a hearing following docket call.

**Attend by WebEx Video**:

Link: https://us−courts.webex.com/meet/morris

**Attend by WebEx Telephone**:

Dial In: 1.650.479.3207
Meeting ID: 2309-445-3213

    Respectfully submitted,

By:   /s/ Ethan S. Cartwright
      Ethan S. Cartwright, Staff Attorney
      Bar No. 24068273
      PAM BASSEL STANDING CHAPTER 13 TRUSTEE
      Bar No. 01344800
      860 Airport Freeway, Ste 150
      Hurst, TX 76054
      (817) 916-4710 Phone

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Notice of Hearing and Trustee's Recommendation Concerning Claims and Plan Modification if Required was served on or before the date of filing.  Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

By:   /s/ Ethan S. Cartwright
Ethan S. Cartwright

DEBTORS:   Erik John McGowan &  Chelsea Leigh McGowan,  318 W FM 1188,  Stephenville,  TX  76401
ATTORNEY:   NORRED LAW PLLC,  515 E BORDER ST,  ARLINGTON,  TX  76010

CREDITORS:

AMERICAN EXPRESS,  PO BOX 981535,  EL PASO,  TX  79998

AMERICAN EXPRESS,  PO BOX 650448,  ***BAD ADDRESS***,  DALLAS, TX  75265***

American Express National Bank c o CT Corpor,  1999 Bryan Street Suite 900,  Dallas, TX  75201

ATTORNEY GENERAL OF TEXAS,  COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN, TX  78711

BECKET & LEE,  PO BOX 3001,  MALVERN, PA  19355-0000

Brackett AND Ellis,  100 Main St,  Fort Worth, TX  76102

CAPITAL ONE,  PO BOX 30285,  SALT LAKE CITY, UT  84130

CITIBANK,  PO BOX 6500,  SIOUX FALLS, SD  57117

COMENITY BANK,  PO BOX 182125,  COLUMBUS, OH  43218-0000

COUNTY OF ERATH,  C/O MCCREARY VESELKA BRAGG & ALLEN,  PO BOX 1269,  ROUND ROCK, TX  78680-0000

DEPT OF JUSTICE - TAX DIVISION,  717 N HARWOOD STE 400,  ***BAD ADDRESS***,  DALLAS, TX  75201-0000***

First Financial Bank,  400 Pine St,  Abilene, TX  79601

FIRST FINANCIAL BANK,  PO BOX 5437,  ABILENE, TX  79608-0000

INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101

JEFFERSON CAPITAL SYSTEMS LLC,  PO BOX 7999,  ST CLOUD, MN  56302-0000

JEFFERSON CAPITAL SYSTEMS LLC,  PO BOX 772813,  CHICAGO, IL  60677-0000

Larry Browning,  1387 Fm 913,  Selden, TX  76401

LGBS,  100 Throckmorton St # 300,  Fort Worth, TX  76102

LINEBARGER GOGGAN BLAIR AND SAMPSON,  3500 Maple Ave Ste 800,  DALLAS, TX  75219-0000

LVNV FUNDING LLC,  RESURGENT CAPITAL SERVICES,  PO BOX 10587,  GREENVILLE, SC  29603

MCCREARY VESELKA BRAGG & ALLEN,  PO BOX 1269,  ROUND ROCK, TX  78680-0000

PERDUE BRACKETT FLORES UTT & BURNS, JV,  C/O PBFC&M, LLP,  500 E BORDER ST STE 640,  ARLINGTON, TX  76010-0000

QUANTUM3 GROUP LLC,  PO BOX 788,  KIRKLAND, WA  98083

QUANTUM3 GROUP LLC,  PO BOX 2489,  KIRKLAND, WA  98083

RESURGENT CAPITAL SERVICES,  PO BOX 1927,  GREENVILLE, SC  29602-0000

RICK D BARNES TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  3500 Maple Ave Ste 800,  DALLAS, TX  75219-0000

RICK D BARNES TARRANT COUNTY TAX OFFICE,  100 E WEATHERFORD STREET,  FORT WORTH, TX  76196

SYNCB,  PO Box 669807,  Dallas, TX  75266

SYNCHRONY BANK,  ATTN BANKRUPTCY DEPT,  PO BOX 965061,  ORLANDO, FL  32896-0000

TD AUTO FINANCE,  PO BOX 16041,  LEWSITON, ME  04243-0000

TD Auto Finance,  PO Box 100295,  Columbia, SC  29202

TD Auto Finance LLC,  c o Wilcox Law PLLC,  PO Box 201849,  Arlington, TX  76006

TD Bank NA successor in interest to,  TD Auto Finance LLC,  PO Box 551080,  Jacksonville, FL  32255

TEXAS ALCOHOLIC BEVERAGE COMM,  LICENSES AND PERMITS DIVISION,  PO BOX 13127,  AUSTIN, TX  78711

TEXAS COMPTROLLER PUBLIC ACCTS,  REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711

CREDITORS:     (cont'd.)

Texas Health Resources,  By American InfoSource as agent,  4515 N Santa FE Ave,  Oklahoma City, OK  73118-0000

Texas Health Resources,  by American InfoSource as agent,  PO Box 4457,  Houston, TX  77210

TEXAS WORKFORCE COMMISSION,  101 E 15TH ST, RM 556,  AUSTIN, TX  78778-0000

TOYOTA FINANCIAL SERVICES,  PO BOX 22171,  TEMPE, AZ  85285

TOYOTA MOTOR CREDIT CORP,  PO BOX 9013,  ADDISON, TX  75001-0000

TOYOTA MOTOR CREDIT CORP,  PO BOX 4700,  PHOENIX, AZ  85030-0000

UNITED STATES ATTORNEY,  1100 COMMERCE ST 3RD FLOOR,  DALLAS, TX  75242

US DEPARTMENT OF JUSTICE,  10TH & CONSTITUTION NW,  WASHINGTON, DC  20530-0000

WILCOX LAW PLLC,  PO BOX 201849,  ARLINGTON, TX  76006-0000

***Address on record invalid for recipient -- no document mailed to this party.

TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)

**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                                  CASE NO.: 25-44229-ELM-13

**ERIK JOHN MCGOWAN**
   318 W FM 1188
   STEPHENVILLE, TX 76401
   SSN/TIN: XXX-XX-5272
**CHELSEA LEIGH MCGOWAN**
   318 W FM 1188
   STEPHENVILLE, TX 76401
   SSN/TIN: XXX-XX-9424

DEBTORS                                          **HEARING: SEPTEMBER  3, 2026 AT 8:30 AM**

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)**

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 30 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

The Trustee files the following Recommendation Concerning Claims and Plan Modification (If Required) and would show the Court the following:

### I. TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS NOT FILED

The following creditors were scheduled by the Debtors.  No Proof of Claim has been filed by them or on their behalf as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. **Therefore, these creditors will not receive disbursements from the Trustee :**

| T'EE # | CREDITOR'S NAME | SCHED CLASS | SCHED AMOUNT |
|---|---|---|---|
| 5 | AMERICAN EXPRESS | UNSECURED | $0.00 |
| 10 | LARRY BROWNING | UNSECURED | $50,000.00 |

TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)

## II.  TRUSTEE'S RECOMMENDATIONS CONCERNING FILED CLAIMS

UNLESS AN OBJECTION IS TIMELY FILED AS TO THE AMOUNT OR CLASSIFICATION OF ANY CLAIM LISTED BELOW, THAT CLAIM WILL BE PAID AS DESCRIBED HEREIN AND SUCH AMOUNT AND CLASSIFICATION WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT. ALL ALLOWED SECURED CLAIMS WHICH WERE UNTIMELY FILED WILL BE PAID AS IF TIMELY FILED, PURSUANT TO THE ORDER OF PAYMENT STATED IN THE CHAPTER 13 PLAN, UNLESS THE COURT ORDERS OTHERWISE FOLLOWING A TIMELY OBJECTION TO THIS TRCC. (NOTE: Value of collateral, treatment under the Plan and interest rate were determined at Confirmation.  "Interest Rate" and "Treatment" are shown below for information only.)

| CLAIM# | SECURED CREDITORS | COLLATERAL | CLAIM | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|
| 10 | TOYOTA MOTOR CREDIT CORP | 2018 DODGE CHALLENGER | $16,081.25 | 8.50% | PER MO-TR |
| 5 | FIRST FINANCIAL BANK | HOMESTEAD | $106,764.05 | | DIRECT-DR |
| 4 | TD AUTO FINANCE | 2022 CHEVROLET SILVERADO 1500 | $42,209.82 | | DIRECT-DR |

| CLAIM# | UNSECURED | CLAIM | COMMENT |
|---|---|---|---|
| 11 | BECKET & LEE | $39,492.73 | AMEX |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC | $3,545.58 | CREDIT CARD |
| 15 | JEFFERSON CAPITAL SYSTEMS LLC | $5,328.63 | CAPITAL ONE |
| 9 | LVNV FUNDING LLC | $30,215.58 | CITIBANK |
| 12 | QUANTUM3 GROUP LLC | $93.61 | ULTA |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC | $2,626.00 | CARE CREDIT |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC | $5,256.99 | LOWES/SYNCHRONY BANK |
| 1 | TEXAS WORKFORCE COMMISSION | $242.00 | OVERPAYMENT OF BENEFITS |
| 3 | TEXAS HEALTH RESOURCES | $445.23 | TX HEALTH STEPHENVILLE |
| 2 | TEXAS HEALTH RESOURCES | $452.73 | TX HLTH SOUTHWEST |
| 6 | RESURGENT CAPITAL SERVICES | $885.00 | MEDICAL CITY WEATHERFORD |
| 10 | TOYOTA MOTOR CREDIT CORP | $3,815.84 | Split Claim 2018 DODGE CHALLENGER |

| CLAIM# | LATE FILED / DISALLOWED | COLLATERAL | CLAIM | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|
| 14 | JEFFERSON CAPITAL SYSTEMS LLC | DUPLICATE CC 13/ORDER DISALLOWED | $3,545.58 | 0.00% | DISALLOWED |

## III.  PLAN MODIFICATION

**No Other Modification Needed**

TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)

Respectfully submitted,

By:   /s/ Ethan S. Cartwright
      Ethan S. Cartwright, Staff Attorney
      Bar No. 24068273
      PAM BASSEL STANDING CHAPTER 13 TRUSTEE
      Bar No. 01344800
      860 Airport Freeway, Ste 150
      Hurst, TX 76054
      (817) 916-4710 Phone

TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)