**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF TEXAS**

**In RE:**

ERIK JOHN MCGOWAN

CHELSEA LEIGH MCGOWAN

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 2

**Case Number:** 25-44229

# NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Texas Health Resources**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only ☑ Payment only ☐ Notice & Payment

**PAYMENT ADDRESS**

FROM:

Texas Health Resources by AIS InfoSource LP
as agent as assignee of Texas Health Southwest

PO Box 4457

Houston, TX 77210-4457

TO:

Texas Health Resources by AIS InfoSource LP
as agent as assignee of Texas Health Southwest

PO Box 661380

Dallas,TX 75266-1380

Date: 08/15/2026

/s/ Samir Vaghela

Creditor's Authorized Agent for Texas Health Resources

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**In RE:**

**Chapter:** 13

**Case Number:** 25-44229

ERIK JOHN MCGOWAN
CHELSEA LEIGH MCGOWAN
**Debtor(s)**

## Certificate of Service

I certify that on 08/15/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
WARREN V NORRED
WARREN@NORREDLAW.COM

Trustee
PAM BASSEL
bassel341docs@fwch13.com

/s/ Samir Vaghela

Samir Vaghela
AIS InfoSource, LP
4515 N Santa Fe Ave.
Oklahoma City, OK 73118
877-893-8820
POC_AIS@aisinfo.com