Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Debtors

# United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:**<br>**Erik John McGowan and**<br>**Chelsea Leigh McGowan,**<br><br>**Debtors.** | **Case No. 25-44229-elm13**<br><br>**Chapter 13**<br><br>**Hearing: December 3, 2026, at 8:30 a.m.** |

## NOTICE OF HEARING ON "DEBTOR'S MODIFICATION OF PLAN AFTER CONFIRMATION" (ECF NO. 35)

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 21 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

An "Objection to Modification" shall be in writing and filed with the Bankruptcy Clerk at the following address:

Clerk
United States Bankruptcy Court
501 W. 10th St. #147
Fort Worth, Texas 76102
with a copy mailed or electronically served on the same day to:

| Trustee: | AND | Debtor or Debtor's Attorney: |
|---|---|---|
| PAM BASSEL<br>Standing Chapter 13 Trustee<br>860 Airport Freeway, Ste 150<br>Hurst, TX 76054 | | Clayton L. Everett<br>515 E. Border Street<br>Arlington, Texas 76010 |

## NOTICE OF COURT HEARING

If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on December 3, 2026, at 8:30 a.m. in Room 204 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102 with a hearing following the docket call. The hearing will be before the Honorable Judge Edward L. Morris via WebEx Video Participation at the following link: https://us-courts.webex.com/meet/morris Meeting Number: 2309-445-3213 or for WebEx Telephonic Only Participation/Attendance: Dial-In: 1.650.479.3207 Meeting ID: 2309 445 3213. Only the Debtor and any opposing party are required to attend the hearing.

YOU DO NOT HAVE TO ATTEND THE COURT HEARING UNLESS YOU OBJECT TO THE MODIFICATION.

Date: November 4, 2026

By: /s/ Clayton L. Everett
Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Fax: (817) 524-6686
Attorney for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2026, a true and correct copy of the foregoing Notice of Hearing was served electronically through the Court's CM/ECF noticing system on all registered parties entitled to electronic notice, and via United States First Class Mail, postage prepaid, upon all parties on the Court's Master Mailing Matrix filed in this case.

/s/ Clayton L. Everett
Clayton L. Everett

Label Matrix for local noticing
0539-4
Case 25-44229-elm13
Northern District of Texas
Ft. Worth
Mon Nov 2 09:52:20 CST 2026

County of Erath
McCreary Veselka Bragg & Allen, P.C.
c/o Julie Anne Parsons
P.O. Box 1269
Round Rock, TX 78680-1269

Texas Health Resources by AIS InfoSource LP
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Toyota Motor Credit Corporation
14841 Dallas Parkway, Suite 350
Dallas, TX 75254-7685

501 W. Tenth Street
Fort Worth, TX 76102-3637

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

American Express National Bank c/o CT Corpor
1999 Bryan Street, Suite 900
Dallas, Texas 75201-3140

Amex
PO Box 650448
Dallas, TX 75265-0448

Attorney General
Main Justice Bldg, Room 5111
10th & Constitution Ave., N.W.
Washington, DC 20530-0001

Brackett & Ellis
100 Main St.
Fort Worth, TX 76102-3008

Capital One Bank - Consumer Credit Cards
PO Box 30285
Salt Lake City, UT 84130-0285

Citi Card Consumer Credit Cards
PO Box 6500
Sioux Falls, SD 57117-6500

Comenity Bank/Ulta
Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH 43218-2125

First Financial Bank
400 Pine St
Abilene, TX 79601-5104

First Financial Bank
Attn: Kay Smith/Loan Collections
PO Box 5437
Abilene, TX 79608-5437

IRS
PO Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LGBS
100 Throckmorton St # 300
Fort Worth, TX 76102-2833

LGBS-Dallas
3500 Maple Ave Ste 800
Dallas, TX 75219-3959

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Larry Browning
1387 Fm 913
Selden, TX 76401-7335

Medical City Weatherford
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Norred Law, PLLC
Norred Law, PLLC
515 E. Border
Arlington, TX 76010-7402

Perdue Brandon Fielder Collins and Mott LLP
500 E. Border #640
Arlington, TX 76010-7457

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Rick Barnes-Tax Assessor
100 E. Weatherford Street
Fort Worth, TX 76196-0206

SYNCB/Care Credit
PO Box 965061
Orlando, FL 32896-5061

SYNCB/Lowes
PO Box 669807
Dallas, TX 75266-0759

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

TD Auto Finance
PO Box 100295
Columbia, SC 29202-3295

TD Bank, N.A., successor in interest to
TD Auto Finance LLC
P.O. Box 551080
Jacksonville, FL 32255-1080

TD Bank, N.A., successor in interest to
TD Auto Finance LLC
c/o Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006-4727

Tax Division-US Department of Justice
717 N. Harwood, Ste. 400
Dallas, TX 75201-6598

Texas Alcoholic Bev. Comm.
Licenses and Permits Division
PO Box 13127
Austin, TX 78711-3127

Texas Attorney General
BK-Collections Division
PO Box 12548
Austin, TX 78711-2548

Texas Health Resources
by AIS InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

Texas Workforce Comm.
TEC Building-Bankruptcy
101 E. 15th Street
Austin, TX 78778-0001

Texas Workforce Commission
Collections and Civil Actions Dept.
Special Actions Unit - OPB,
101 E. 15th Street, Room 556,
Austin, TX 78778-0001

Toyota Financial Services
PO Box 22171
Tempe, AZ 85285-2171

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

U.S. Attorney-North
3rd. Floor, 1100 Commerce St.
Dallas, TX 75242

U.S. Trustee
1100 Commerce St., Rm 976
Dallas, TX 75242-0996

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Chelsea Leigh McGowan
318 W FM 1188
Stephenville, TX 76401-6331

Clayton Everett
515 E. Border St.
Ste 163
76010
Arlington, TX 76010-7402

Erik John McGowan
318 W FM 1188
Stephenville, TX 76401-6331

Pam Bassel (Hurst)
Office of The Standing Ch.13 Trustee
860 Airport Freeway
Suite 150
Hurst, TX 76054-3256

Warren V. Norred
Norred Law PLLC
515 E. Border Street
Arlington, TX 76010-7402

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
PO Box 7999
St. Cloud, MN 56302-9617

(d)Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

State Comptroller
Revenue Accounting Division
PO Box 13528
Austin, TX 78711

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)TD Bank, N.A., successor in interest to TD

(d)Texas Health Resources by AIS InfoSource L
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 47 |
| Bypassed recipients | 2 |
| Total | 49 |