UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

ERIK JOHN MCGOWAN
CHELSEA LEIGH MCGOWAN

CASE NO: 25-44229-elm

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 35

---

On 11/4/2026, I did cause a copy of the following documents, described below,

Debtor's Modification of Chapter 13 Plan after Confirmation ECF Docket Reference No. 35

Notice of Hearing ECF Docket Reference No. 36

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/4/2026

/s/ Clayton L. Everett
Clayton L. Everett 24065212
Attorney for Debtor
Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
angela@norredlaw.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

IN RE:

ERIK JOHN MCGOWAN
CHELSEA LEIGH MCGOWAN

CASE NO: 25-44229-elm

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 35

On 11/4/2026, a copy of the following documents, described below,

Debtor's Modification of Chapter 13 Plan after Confirmation ECF Docket Reference No. 35

Notice of Hearing ECF Docket Reference No. 36

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/4/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-44229-ELM
NORTHERN DISTRICT OF TEXAS
WED NOV 4 10-7-23 PST 2026

COUNTY OF ERATH
MCCREARY VESELKA BRAGG ALLEN PC
CO JULIE ANNE PARSONS
PO BOX 1269
ROUND ROCK TX 78680-1269

~~EXCLUDE~~

~~(U)TD BANK NA SUCCESSOR IN INTEREST TO TD A~~

TEXAS HEALTH RESOURCES BY AIS INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

~~EXCLUDE~~

~~(D)TEXAS HEALTH RESOURCES BY AIS INFOSOURCE LP~~
~~4515 N SANTA FE AVE~~
~~OKLAHOMA CITY OK 73118-7901~~

TOYOTA MOTOR CREDIT CORPORATION
14841 DALLAS PARKWAY SUITE 350
DALLAS TX 75254-7685

~~EXCLUDE~~

~~501 W TENTH STREET~~
~~FORT WORTH TX 76102-3637~~

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

AMERICAN EXPRESS NATIONAL BANK CO CT CORPOR
1999 BRYAN STREET SUITE 900
DALLAS TEXAS 75201-3140

AMEX
PO BOX 650448
DALLAS TX 75265-0448

ATTORNEY GENERAL
MAIN JUSTICE BLDG ROOM 5111
10TH CONSTITUTION AVE NW
WASHINGTON DC 20530-0001

BRACKETT ELLIS
100 MAIN ST
FORT WORTH TX 76102-3008

CAPITAL ONE BANK CONSUMER CREDIT CARDS
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CITI CARD CONSUMER CREDIT CARDS
PO BOX 6500
SIOUX FALLS SD 57117-6500

COMENITY BANKULTA
ATTN BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS OH 43218-2125

FIRST FINANCIAL BANK
400 PINE ST
ABILENE TX 79601-5104

FIRST FINANCIAL BANK
ATTN KAY SMITHLOAN COLLECTIONS
PO BOX 5437
ABILENE TX 79608-5437

IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

~~EXCLUDE~~

~~(D)(P)JEFFERSON CAPITAL SYSTEMS LLC~~
~~PO BOX 7999~~
~~SAINT CLOUD MN 56302-7999~~

LGBS
100 THROCKMORTON ST 300
FORT WORTH TX 76102-2833

LGBSDALLAS
3500 MAPLE AVE STE 800
DALLAS TX 75219-3959

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LARRY BROWNING
1387 FM 913
SELDEN TX 76401-7335

MEDICAL CITY WEATHERFORD
RESURGENT CAPITAL SERVICES
PO BOX 1927
GREENVILLE SC 29602-1927

NORRED LAW PLLC
NORRED LAW PLLC
515 E BORDER
ARLINGTON TX 76010-7402

PERDUE BRANDON FIELDER COLLINS AND MOTT LLP
500 E BORDER 640
ARLINGTON TX 76010-7457

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY CAPITAL BANK
PO BOX 788
KIRKLAND WA 98083-0788

RICK BARNESTAX ASSESSOR
100 E WEATHERFORD STREET
FORT WORTH TX 76196-0206

SYNCBCARE CREDIT
PO BOX 965061
ORLANDO FL 32896-5061

SYNCBLOWES
PO BOX 669807
DALLAS TX 75266-0759

(P)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

TD AUTO FINANCE
PO BOX 100295
COLUMBIA SC 29202-3295

TD BANK NA SUCCESSOR IN INTEREST TO
TD AUTO FINANCE LLC
PO BOX 551080
JACKSONVILLE FL 32255-1080

TD BANK NA SUCCESSOR IN INTEREST TO
TD AUTO FINANCE LLC
CO WILCOX LAW PLLC
PO BOX 201849
ARLINGTON TX 76006-4727

TAX DIVISIONUS DEPARTMENT OF JUSTICE
717 N HARWOOD STE 400
DALLAS TX 75201-6598

TEXAS ALCOHOLIC BEV COMM
LICENSES AND PERMITS DIVISION
PO BOX 13127
AUSTIN TX 78711-3127

TEXAS ATTORNEY GENERAL
BKCOLLECTIONS DIVISION
PO BOX 12548
AUSTIN TX 78711-2548

TEXAS HEALTH RESOURCES
BY AIS INFOSOURCE LP AS AGENT
PO BOX 4457
HOUSTON TX 77210-4457

TEXAS WORKFORCE COMM
TEC BUILDINGBANKRUPTCY
101 E 15TH STREET
AUSTIN TX 78778-0001

TEXAS WORKFORCE COMMISSION
COLLECTIONS AND CIVIL ACTIONS DEPT
SPECIAL ACTIONS UNIT - OPB
101 E 15TH STREET ROOM 556
AUSTIN TX 78778-0001

TOYOTA FINANCIAL SERVICES
PO BOX 22171
TEMPE AZ 85285-2171

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 9013
ADDISON TEXAS 75001-9013

US ATTORNEYNORTH
3RD FLOOR 1100 COMMERCE ST
DALLAS TX 75242

US TRUSTEE
1100 COMMERCE ST RM 976
DALLAS TX 75242-0996

UNITED STATES TRUSTEE
1100 COMMERCE STREET
ROOM 976
DALLAS TX 75242-0996

CHELSEA LEIGH MCGOWAN
318 W FM 1188
STEPHENVILLE TX 76401-6331

CLAYTON EVERETT
515 E BORDER ST
STE 163
76010
ARLINGTON TX 76010-7402

DEBTOR

ERIK JOHN MCGOWAN
318 W FM 1188
STEPHENVILLE TX 76401-6331

PAM BASSEL (HURST)
OFFICE OF THE STANDING CH13 TRUSTEE
860 AIRPORT FREEWAY
SUITE 150
HURST TX 76054-3256

WARREN V NORRED
NORRED LAW PLLC
515 E BORDER STREET
ARLINGTON TX 76010-7402